AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Frank Lau,
    Plaintiff

|  |  |
|---|---|
| CASE NUMBER: | 1:14-cv-01298 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Sara L. Ellis |

AbbVie, Inc. et al.
    Defendants

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Sheila M. Finnegan |

TO: (Name and address of Defendant)

AbbVie, Inc.
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Trent B. Miracle
Simmons Browder Gianaris Angelides & Barnerd, LLC
One Court Street
Alton, IL 62002

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Jaclyn Rigskeie_

(By) DEPUTY CLERK

February 21, 2014

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

<table>
<tr><td colspan="2" align="center">**RETURN OF SERVICE**</td></tr>
<tr><td>Service of the Summons and complaint was made by me[1]</td><td>DATE<br>2/25/2014</td></tr>
<tr><td>NAME OF SERVER (PRINT)<br>Charles E. Thompson, Jr.</td><td>TITLE<br>Special Process Server</td></tr>
</table>

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:     AbbVie, Inc. c/o CT Corporation System

**208 South LaSalle Street, Suite 814 Chicago, IL 60604**

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **2/25/2014**
Date                        *Signature of Server*

        **Charles E. Thompson Jr.**

**One Court Street, Alton, IL 62002**
*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.