**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRANK LAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 14-cv-1298 |
| v. | ) | |
| | ) | Hon. Sara L. Ellis |
| ABBVIE INC., ABBOTT LABORATORIES, INC., LILLY USA, INC., and ELI LILLY AND COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Relates to Motion to Coordinate Actions pending in:**

| | | |
|---|---|---|
| STEVE MARINO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 14-cv-777 |
| | ) | |
| v. | ) | Hon. John W. Darrah |
| | ) | |
| ABBVIE, INC., and ABBOTT LABORATORIES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ELI LILLY AND COMPANY'S JOINDER IN**
**ABBVIE, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO COORDINATE**
**ACTIONS AND TO REASSIGN CASE TO JUDGE KENNELLY**

Defendant Eli Lilly and Company ("Lilly"), by and through its attorneys, Reed Smith LLP, hereby joins in the Response to Plaintiff's Motion to Coordinate Action and to Reassign Case to Judge Kennelly, as filed by Abbvie, Inc. and Abbott Laboratories in Case No. 14-cv-777, and in support thereof states as follows:

1.      Eli Lilly and Company ("Lilly") was named as a defendant, along with Abbvie, Inc. and Abbott Laboratories, Inc., in this case filed by plaintiff on February 21, 2014, alleging personal injuries from the use of certain prescription drugs used to treat low testosterone. This case is currently pending before Judge Ellis, Case No. 14-CV-1298 (the "*Lau* action").

2.      On February 27, 2014, counsel for Lau sought to reassign and coordinate the discovery of five related cases, including the *Lau* action, before Judge Darrah in *Steve Marino v. AbbVie Inc., et al.*, Case No. 14-cv-777 (the "*Marino* action"). Lilly is a named defendant only in the *Lau* action.

3.      On March 3, 2014, in the *Marino* action, counsel for defendants Abbvie, Inc. and Abbott Laboratories, Inc. filed a response in opposition to the plaintiffs' motion to reassign and coordinate the cases before Judge Darrah ("Abbvie's Response"). Abbvie's Response requests that all related cases (including the *Lau* action) be reassigned to Judge Kennelly pursuant to Local Rule 40.4 [*See* Docket Entry No. 22 in the *Marino* action.]

4.       The motion to reassign and/or coordinate the related cases is pending before Judge Darrah in the *Marino* action and is set for presentment on March 5, 2014 at 9:30 a.m.

5.      Lilly hereby joins in Abbvie's Response as it relates to the *Lau* action. For the reasons set forth in Abbvie's Response, Lilly does not oppose plaintiffs' request for reassignment and coordination, but supports the reassignment of the *Lau* action to Judge Kennelly pursuant to Local Rule 40.4.

Dated:  March 4, 2014						Respectfully submitted,


							     s/ Timothy Carraher						

							Timothy Carraher
							REED SMITH, LLP
							10 South Wacker Drive
							Chicago, Illinois 60606
							(312) 207-1000
							*Attorneys for Defendant Eli Lilly and Company*

## **CERTIFICATE OF SERVICE**

  I, Timothy Carraher, hereby certify that on March 4, 2014 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all attorneys of record in this case.   In addition, copies of foregoing have been sent to counsel of record in *Steve Marino v. AbbVie Inc., et al.*, Case No. 14-cv-777, via electronic mail.

                   s/ Timothy Carraher
                    Timothy Carraher