# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Frank Lau

                    Plaintiff,

v.                                                       Case No.: 1:14−cv−01298

                                                                        Honorable Sara L. Ellis

AbbVie Inc., et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 17, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Notice of motion [Dkt 22] is stricken. Movant is required to re−notice motion [Dkt 21] before Judge Kennelly as this case has been consolidated for pretrial coordination proceedings. No appearance required, 3/18/2014. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.