IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re AbbVie, Inc., | ) | Case No. 14 C 1748 |
| ------------------------------------------------ | ) | |
| Frank Lau, | ) | |
|     Plaintiff, | ) | Case No: 14 C 1298 |
| | ) | |
|     v. | ) | |
| | ) | |
| AbbVie, Inc., et al., | ) | Judge: Kennelly |
|     Defendants. | ) | |

## ORDER

Defendant Eli Lilly & Co.'s motion for extension of time, filed in Case No. 14 C 1798, is granted [Case No. 14 C 1748, dkt. no. 3]. Response to complaint is to be filed by 4/15/14.

The motion of David Stanley to appear *pro hac vice*, filed in Case No. 14 C 1298, is also granted [Case No. 14 C 1298, dkt. no. 19]. The Clerk is directed to terminate that motion on the docket of 14 C 1298. The Clerk is directed to add Mr. Stanley's appearance to the docket in Case No. 14 C 1748, without the need for filing a separate motion to appear *pro hac vice* in that case. Counsel is directed to establish an e-filing account in this district.

The hearing date before Judge Kennelly of 3/20/14 as to both motions is granted.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: March 18, 2014